# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

KC **FILED**
AUG 01 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s)**

UNITED STATES OF AMERICA

v.

MICHAEL T. HILL

**Defendant(s)**

Case No. 97 CR 145-2

I AM REQUESTING PERMISSION TO TRAVEL OUT OF THE UNITED STATES OF AMERICA TO WEST AFRICA. I WILL BE TRAVELING AS PART OF A TEAM OF AMERICAN CHRISTIANS TRAVELING WITH VIRGIL AMOS GENERAL DIRECTOR OF AMBASSADORS FELLOWSHIP. I WILL BE UNDER THE PERSONAL CARE AND GUIDANCE OF PASTOR LEONARD ROY HARRIS, WHOSE PERSONAL CHARACTER REFERENCE FOR ME IS ATTACHED. ALSO ATTACHED IS THE ITINERARY OF THIS SHORT-TERM MISSION TRIP TO BENIN AND NIGERIA, WEST AFRICA. THE DATES OF THE MISSIONS TRIP WILL BE FROM SEPTEMBER 29, 2005 THROUGH OCTOBER 14, 2005.

_____
Michael T. Hill

08-01-2005
Date

# The Salvation Army Community Correctional Center
## 105 S. Ashland – Chicago,Il 60607 –(312) 421-2406 ext 3306
Pastor Leonard Roy Harris - Chaplain
7-22-2005

## Re: Character Reference for Bro Michael Hill

I have known Michael Hill for more than two years. I have known him as his chaplain while he was at the Correctional Center. Michael was a big help to me as an active participant in the bible fellowship group at the Center. I have also know him as a pastor where he has spoken at my home church of the Grove Heights church family as a youth and adult speaker and where he has served as a teacher of the 7th to 9th grade boys group of our Tuesday Evening Pioneer Club.

I have seen the maturity, stability and integrity of Michael Hill and I know without a doubt that he has the skills and temperment and gifts to render him a great asset on the missions team.

I have been a pastor for 28 years and a correctional chaplain for 14 plus years. I had been a juvenile probation office for 4 years and a case manager at the Correctional center for 13 months. I have a Master's Degree in Corrections.

I fully support the character of Michael Hill and I trust that he will be allowed to travel to Africa as part of the Ambassadors fellowship team. I will always be with him while he is on the trip

Respectfully submitted by

*Leonard R. Harris*
Pastor Leonard Roy Harris
Chaplain

The Salvation Army Community Correctional Center, Chicago

# Ambassador's Fellowship Chicago
Pastor Leonard Roy Harris
7-22-2005

## Re: Short-Term Missions trip to Benin and Nigeria West Africa

Michael Hill will be a part of a team of American Christians traveling with Virgil Amos General Director of Ambassadors Fellowship and myself to West Africa. We will be going to Benin (which is just west of Nigeria) and to Nigeria.

We will fly out of Ohara airport to France and from France to Benin. When finished in Benin we will be driven to Nigeria. When finished in Nigeria we will be driven back to Benin for our return flight.

The dates of the missions trip will be from **Thursday September 29th through Friday October 14th**. We will first be **in Benin West Africa from Sept 30th through October 7th** and we will then travel to **Nigeria and be there from October 7th through October 14th**. We will return to Benin on the 14th of October for our return flight.

The Mission in Benin is we will be working in partnership under local pastors Romain Zannou and Germain Noupakou and 5 young native missionaries and their wives to assist with the ministry to the villages that have come to Christ out of voodoo. We will be training the missionaries and the village leaders in discipleship and leadership and also identifying additional villages that need to be "adopted" by local churches here in the United States.

The mission in Nigeria will be to work with Pastor Gabriel Nuagbe and teach and train a group of local pastors in discipleship and leadership etc. We will also build fellowship with these pastors and Christian Leaders.

Respectfully submitted by
*Leonard R. Harris*
Pastor Leonard Roy Harris
Ambassadors Fellowship, Chicago